In re ED WARREN.

No. A-4928.    Opinion Filed Dec. 7, 1923.
(220 Pac. 1118.)

Petition of Ed Warren for writ of habeas corpus. Cause dismissed.

Moman Pruiett, Victor A. Sniggs, and O. C. Patterson, for petitioner.

The Attorney General and John Barry, Asst. Atty. Gen., for respondent.

PER CURIAM. This was an application for discharge from imprisonment in the penitentiary on the part of Ed

Warren, who was on the 4th day of September, 1920, convicted in the district court of LeFlore county of murder and sentenced to imprisonment in the penitentiary for life, alleging that his imprisonment is illegal by reason of a certain pardon issued and granted unto the said Ed Warren on the 14th day of September, 1923.

When the petition was presented to the court counsel for petitioner filed motion to dismiss the case, which motion is sustained and cause dismissed.